IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT L. BLAKNEY, )
)
          Petitioner, )
)
    v. ) 1:05CV00517
)
JENNIFER H. LANGLEY, )
)
          Respondent. )

## JUDGMENT

On June 8, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed sua sponte without prejudice to petitioner filing a new petition which corrects the defects of the current petition, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied. The new petition must be accompanied by either the five dollar filing fee or a current application to proceed in forma pauperis,

August 2, 2005

                                    United States District Judge